237 Realty, LLC, Plaintiff-Appellant, 
against
Antoinette Strickland, Defendant-Respondent.



Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Debra Rose Samuels, J.), entered on or about March 5, 2015, after trial, in favor of defendant dismissing the action.




Per Curiam.
Judgment (Debra Rose Samuels, J.), entered on or about March 5, 2015, affirmed, without costs.
Applying the narrow standard of review governing appeals in small claims actions (see CCA § 1807) and giving due deference to the trial court's express factual findings (see Williams v Roper, 269 AD2d 125, 126 [2000], lv dismissed 95 NY2d 898 [2000]), we sustain the dismissal after trial of plaintiff-landlord's action. The court was warranted in finding that defendant-tenant caused no compensable damage to the leased apartment, and that repairs were due to normal wear and tear (see Kelsey v McNally, 77 AD3d 1230 [2010], lv dismissed 16 NY3d 853 [2011]). We have considered and rejected plaintiff's remaining arguments.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.


I concur I concur 
Decision Date: March 30, 2016